

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2019

No. 04-18-00532-CR

Daniel Cervantes **SALAZAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6992
Honorable Joey Contreras, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file his brief is granted. We order appellant's brief due February 4, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court